FILED IN CHAMBERS
U.S.... 

MAR 19 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AYANA S. SMITH,  :
  :
   Plaintiff,  :
  :
vs.  :
  :  Civil Action Number:
ATLANTA PEACH MOVERS,  :  1:11-CV-03115- RLV
INC.  :
  and  :
ORLANDO LYNCH,  :
  :
   Defendants.  :

## ORDER

The above-styled case is presently before the Court on the parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the parties' Joint Motion is **GRANTED**, and the Confidential Settlement Agreement and Full and Final Release of All Claims is **APPROVED** and incorporated herein. This Court shall

retain jurisdiction over this matter until the terms of payment set forth in the Settlement Agreement have been complied with and the Dismissal is filed.

IT IS SO ORDERED, this 19th day of MARCH, 2012.

*Robert L. Vining, Jr.*
Honorable Robert L. Vining, Jr.
Judge, United States District Court for the
Northern District of Georgia